UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: RL DRAGONFLY CORP. DBA BUTTERFLY BI       § Case No. 07-31556
                                                 §
                                                 §
Debtor(s)                                        §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on November 30, 2007. The undersigned trustee was appointed on November 30, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $      26,813.83

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 1,725.35 |
   | Payments to creditors | 5,000.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      20,088.48 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 04/08/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,431.38. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,431.38, for a total compensation of $3,431.38. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/03/2009     By:/s/Janina M. Elder
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  
Case Name: RL DRAGONFLY CORP. DBA BUTTERFLY BI  
Period Ending: 01/12/10  

Trustee: (007880) Janina M. Elder  
Filed (f) or Converted (c): 11/30/07 (f)  
§341(a) Meeting Date: 01/09/08  
Claims Bar Date: 04/08/08  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | First Republic Bank Checking Account No. 9150070 | 838.24 | 838.24 | DA | 0.00 | FA |
| 2 | Tenant improvement payment/reimbursement owed to | 17,772.70 | 0.00 | DA | 0.00 | FA |
| 3 | Type 47 Liquor License, No. 431586 (See Footnote) | 12,000.00 | 12,000.00 | DA | 0.00 | FA |
| 4 | Aloha POS computer system with terminal and main | 22,000.00 | 3,500.00 | | 3,500.00 | FA |
| 5 | Compaq desktop computers with monitors; assets l | 200.00 | 200.00 | | 200.00 | FA |
| 6 | Maxent big screen plasma televisions; assets loc | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 7 | Various bar equipment and supplies; assets locat | 5,000.00 | 5,000.00 | | 500.00 | FA |
| 8 | Various dining room equipment and supplies: silv | 20,000.00 | 20,000.00 | | 10,000.00 | FA |
| 9 | Various kitchen equipment and supplies--stoves, | 150,000.00 | 150,000.00 | | 8,000.00 | FA |
| 10 | Xerox workcenter 4118 printer/fax machine; asset | 1,000.00 | 1,000.00 | | 300.00 | FA |
| 11 | Various beer inventory; assets located at Restau | 390.82 | 390.82 | | 200.00 | FA |
| 12 | Various liquor inventory; assets located at Rest | 5,348.78 | 5,348.78 | | 300.00 | FA |
| 13 | Various wine inventory; assets located at Restau | 4,654.43 | 4,654.43 | | 500.00 | FA |
| 14 | INTERESTS IN INSURANCE POLICIES (u)<br>    Insurance refund re Account No. 16-011-040307-8:<br>Imperial Al Credit | 0.00 | 90.81 | | 90.81 | FA |
| 15 | UNDISCLOSED ASSET (u) | 0.00 | 1,674.29 | | 1,674.29 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 49.57 | Unknown |
| 16 | Assets   Totals (Excluding unknown values) | $240,704.97 | $206,197.37 | | $26,814.67 | $0.00 |

RE PROP# 3    no value to estate due to transfer restriction on license

**Major Activities Affecting Case Closing:**

12/3/07_ assigned to Fallon, email re liquor license, ABC search  
1/8/08: log receipt of sales proceeds re personal property  
4/9/08- f.u re claiims import  
4/17/08- f.u re Kiken settlement, cut check  
6/10/08- f.u. re status  
9/10/08- review offer re liquor license  
9/24/08- finalize claims review, steps to clase closing\  
12/4/08- F.U. re admin rent claim  
12/28/08- year end case review  
3/5/09- f.u re rent issue and ability to close case  

Printed: 01/12/2010 11:41 AM    V.11.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  
Case Name: RL DRAGONFLY CORP. DBA BUTTERFLY BI

Trustee: (007880) Janina M. Elder  
Filed (f) or Converted (c): 11/30/07 (f)  
§341(a) Meeting Date: 01/09/08  
Claims Bar Date: 04/08/08

Period Ending: 01/12/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

3/13/09- issue FTB checks for taxes  
4/29/09- f.u with Fallon re closing issues  
5/28/09- email to Fallonr e cash on hand, admin claims

Initial Projected Date Of Final Report (TFR): March 31, 2009   Current Projected Date Of Final Report (TFR): June 30, 2009

_____  
January 12, 2010  
Date

/s/ Janina M. Elder  
_____  
Janina M. Elder

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-31556  
**Case Name:** RL DRAGONFLY CORP. DBA BUTTERFLY BI  

**Taxpayer ID #:** 47-0957180  
**Period Ending:** 12/03/09  

**Trustee:** Janina M. Elder (007880)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-1118053-65 - Money Market Account  
**Blanket Bond:** $8,750,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/08/08 | | Norman Kiken | purchase funds for sale of Chapter 7 personal property and equipment | | 25,000.00 | | 25,000.00 |
| | {4} | | | 1129-000 | 3,500.00 | | 25,000.00 |
| | {5} | | | 1129-000 | 200.00 | | 25,000.00 |
| | {6} | | | 1129-000 | 1,500.00 | | 25,000.00 |
| | {7} | | | 1129-000 | 500.00 | | 25,000.00 |
| | {8} | | | 1129-000 | 10,000.00 | | 25,000.00 |
| | {9} | | | 1129-000 | 8,000.00 | | 25,000.00 |
| | {10} | | | 1129-000 | 300.00 | | 25,000.00 |
| | {11} | | | 1129-000 | 200.00 | | 25,000.00 |
| | {12} | | | 1129-000 | 300.00 | | 25,000.00 |
| | {13} | | | 1129-000 | 500.00 | | 25,000.00 |
| 01/29/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2008 FOR CASE #07-31556, 2008 Blanket bond payment | 2300-000 | | 48.09 | 24,951.91 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 7.39 | | 24,959.30 |
| 02/07/08 | {14} | Imperial AI Credit | insuranc rejund Account No. 16-011-040307-8 | 1229-000 | 90.81 | | 25,050.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.13 | | 25,055.24 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.65 | | 25,059.89 |
| 04/17/08 | 1002 | Norman Kiken | Payment in full on claim per Court Order date 4/15/08 | 4110-000 | | 5,000.00 | 20,059.89 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.28 | | 20,063.17 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 20,065.68 |
| 06/02/08 | {15} | Fireman's Fund Insurance | Insurance proceeds Policy NO. 000572392 | 1229-000 | 1,674.29 | | 21,739.97 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.72 | | 21,742.69 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.76 | | 21,745.45 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.58 | | 21,748.03 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.85 | | 21,750.88 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.37 | | 21,753.25 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.71 | | 21,754.96 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.54 | | 21,756.50 |
| 01/28/09 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/28/2009 FOR CASE #07-31556, Bond 016030864- 2009 | 2300-000 | | 27.26 | 21,729.24 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 21,730.12 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.82 | | 21,730.94 |
| 03/13/09 | 1004 | Francise Tax Board | FEIN 47-0957180 2008 Form 100S | 2820-000 | | 850.00 | 20,880.94 |
| 03/13/09 | 1005 | Francise Tax Board | 2009 Corporate Estimated Tax FEIN 943173539: 2009 Form 100-ES | 2820-000 | | 800.00 | 20,080.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.93 | | 20,081.87 |

Subtotals: $26,807.22    $6,725.35

{} Asset reference(s)

Case: 07-31556    Doc# 38    Filed: 02/05/10    Entered: 02/05/10 11:19:56    Page 5 of 15

Printed: 12/03/2009 11:40 AM    V.11.53

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: 07-31556 | Trustee: | Janina M. Elder (007880) |
| Case Name: RL DRAGONFLY CORP. DBA BUTTERFLY BI | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | Account: | 312-1118053-65 - Money Market Account |
| Taxpayer ID #: 47-0957180 | Blanket Bond: | $8,750,000.00 (per case limit) |
| Period Ending: 12/03/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,082.68 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 20,083.47 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.87 | | 20,084.34 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,085.18 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,086.02 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,086.83 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 20,087.64 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.84 | | 20,088.48 |
| | | | ACCOUNT TOTALS | | 26,813.83 | 6,725.35 | $20,088.48 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 26,813.83 | 6,725.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26,813.83 | $6,725.35 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-1118053-65 | 26,813.83 | 6,725.35 | 20,088.48 |
| | $26,813.83 | $6,725.35 | $20,088.48 |

| | |
|---|---|
| December 3, 2009 | /s/ Janina M. Elder |
| Date | Janina M. Elder |

{} Asset reference(s)                                                                                       Printed: 12/03/2009 11:40 AM    V.11.53

# Claims Register

**Case: 07-31556    RL DRAGONFLY CORP. DBA BUTTERFLY BI**

Claims Bar Date:  04/08/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Janina M. Elder<br>P.O. Box 158<br>Middletown, CA 95461<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>11/30/07 |  | $3,431.38<br>$3,431.38 | $0.00 | $3,431.38 |
|  | INTERNATIONAL SURETIES, LTD.<br>203 CARONDELET ST.<br>New Orleans, LA 70130<br><2300-00  Bond Payments>, 200 | Admin Ch. 7<br>11/30/07 |  | $48.09<br>$48.09 | $48.09 | $0.00 |
|  | Francise Tax Board<br>P. O. Box 942857<br>Sacramento, CA 94257-0531<br><2820-00  Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>11/30/07 | 2008 tax payment- FEIN 47-0957180 | $1,650.00<br>$1,650.00 | $1,650.00 | $0.00 |
|  | FALLON, ESQ, MICHAEL C.<br>MICHAEL C. FALLON, ESQ<br>100 E STREET, SUITE 220<br>Santa Rosa, CA 95404<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>11/30/07 |  | $7,385.00<br>$7,385.00 | $0.00 | $7,385.00 |
|  | FALLON, ESQ, MICHAEL C.<br>MICHAEL C. FALLON, ESQ<br>100 E STREET, SUITE 220<br>Santa Rosa, CA 95404<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>11/30/07 |  | $63.93<br>$63.93 | $0.00 | $63.93 |
|  | BACHEKI, CROM & CO., CPA'S<br>180 MONTGOMERY ST., SUITE 2340<br>San Francisco, CA 94104<br><3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>11/30/07 |  | $11,840.50<br>$11,840.50 | $0.00 | $11,840.50 |
|  | BACHEKI, CROM & CO., CPA'S<br>180 MONTGOMERY ST., SUITE 2340<br>San Francisco, CA 94104<br><3420-00  Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>11/30/07 |  | $282.44<br>$282.44 | $0.00 | $282.44 |
| 1 | Southern Wine and Spirits of Northern California<br>33321 Dowe Ave.<br>PO Box 5001<br>Union City, CA 94587<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/10/07 |  | $3,248.21<br>$3,248.21 | $0.00 | $3,248.21 |
| 2 | Greenleaf<br>1955 Jerrold Avenue<br>San Francisco, CA 94124<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>12/12/07 |  | $9,434.76<br>$9,434.76 | $0.00 | $9,434.76 |

# Claims Register

**Case:  07-31556    RL DRAGONFLY CORP. DBA BUTTERFLY BI**

Claims Bar Date:   04/08/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Matagrano Inc. <br> 440 Forbes Blvd. <br> So. San Francisco, CA 94080 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/13/07 | | $510.97 <br> $510.97 | $0.00 | $510.97 |
| 4 | Del Monte Meat Co. Inc. <br> 200 Napoleon St. <br> San Francisco, CA 94124 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/17/07 | | $11,014.99 <br> $11,014.99 | $0.00 | $11,014.99 |
| 5 | Economy Restaurant Fixtures <br> David J. Cook, Esq.,Cook Collection <br> Attorney, P.L.C.,PO Box 270 <br> San Francisco, CA 94104-0270 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/20/07 | | $3,171.51 <br> $3,171.51 | $0.00 | $3,171.51 |
| 6 | Maita Distributors, Inc. <br> 3151 Edison Way <br> Redwood City, CA 94603 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/18/07 | | $370.24 <br> $370.24 | $0.00 | $370.24 |
| 7 | May Wah <br> 707-719 Clement Street <br> San Francisco, CA 94118 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/21/07 | | $1,165.30 <br> $1,165.30 | $0.00 | $1,165.30 |
| 8 | Hudson Beverage Redwood <br> 1830 Industrial Way <br> Redwood City, CA 94063-0000 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/21/07 | | $105.60 <br> $105.60 | $0.00 | $105.60 |
| 9 | Muzak <br> PO Box 70128 <br> Los Angeles, CA 90074 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/21/07 | | $92.67 <br> $92.67 | $0.00 | $92.67 |
| 10 | Tanforan Park Shopping Center LLC <br> Elizabeth Berke-Dreyfuss,Wendel, Rosen, <br> Black & Dean LLP,1111 Broadway, 24th Fl. <br> Oakland, CA 94607 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/27/07 | | $580,101.75 <br> $580,101.75 | $0.00 | $580,101.75 |
| 11 | RGN Corporation <br> Pier 33, The Embarcadero <br> San Francisco, CA 94111 <br> <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured <br> 12/26/07 | | $51,204.00 <br> $51,204.00 | $0.00 | $51,204.00 |

# Claims Register

**Case: 07-31556    RL DRAGONFLY CORP. DBA BUTTERFLY BI**

Claims Bar Date:    04/08/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Ecolab Pest Elimination<br>PO Box 6007<br>Grand Forks, ND 58206-6007<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/26/07 | | $1,590.00<br>$1,590.00 | $0.00 | $1,590.00 |
| 13 | Robert Lam<br>Pier 33, Embarcadero<br>San Francisco, CA 94111<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/26/07 | | $25,000.00<br>$25,000.00 | $0.00 | $25,000.00 |
| 14 | Lam Restaurant Management Co.<br><br>San Francisco, CA 94111<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/26/07 | | $56,250.00<br>$56,250.00 | $0.00 | $56,250.00 |
| 15 | Donaldo Vazquez<br>330B Infantry Terrace<br>San Francisco, CA 94129<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/26/07 | | $10,120.66<br>$10,120.66 | $0.00 | $10,120.66 |
| 16 | ITAL Foods<br>205 Shaw Rd.<br>S. San Francisco, CA 94080<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/04/08 | | $3,382.25<br>$3,382.25 | $0.00 | $3,382.25 |
| 17 | Alameda Newspaper Group<br>Marcus & Partners, Inc.<br>3030 Ashby Ave. #102<br>Berkeley, CA 94705<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/07/08 | | $1,506.96<br>$1,506.96 | $0.00 | $1,506.96 |
| 18 | Pacific Gas and Electric Company<br>c/o Patrick Hazen/Bankruptcy Unit<br>PO Box 8329<br>Stockton, CA 95208<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/09/08 | | $1,773.65<br>$1,773.65 | $0.00 | $1,773.65 |
| 19 | Tanforan Park Shopping Center LLC<br>Elizabeth Berke-Dreyfuss,Wendel, Rosen,<br>Black & Dean LLP,1111 Broadway, 24th Fl.<br>Oakland, CA 94607<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/29/08 | duplicates- No. 10 | $580,101.75<br>$580,101.75 | $0.00 | $580,101.75 |
| 20 | ECOLAB<br>PO Box 100512<br>Pasadena, CA 91189-0001<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/29/08 | | $4,437.29<br>$4,437.29 | $0.00 | $4,437.29 |

# Claims Register

**Case: 07-31556    RL DRAGONFLY CORP. DBA BUTTERFLY BI**

Claims Bar Date:   04/08/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21 | ADT Security Services<br>14200 East Exposition Avenue<br>Aurora, CO 80012<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/08 | | $79.34<br>$79.34 | $0.00 | $79.34 |
| 22 | ADT Security Services<br>14200 East Exposition Avenue<br>Aurora, CO 80012<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/13/08 | | $3,313.80<br>$3,313.80 | $0.00 | $3,313.80 |
| 23 | Fire Sentry Protection Services<br>201 Foothill Blvd.<br>San Leandro, CA 94577-2104<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/04/08 | | $2,686.99<br>$2,686.99 | $0.00 | $2,686.99 |
| 24 | Pan-O-Rama Bakery<br>500 Florida Street<br>San Francisco, CA 94110-1415<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/04/08 | | $519.00<br>$519.00 | $0.00 | $519.00 |
| 25S | Norman Kiken<br>1520 Diamond Mountain Rd.<br>Callistoga, CA 94515<br><4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | Secured<br>04/07/08 | previously paid re claim no. 101 per Court Order | $5,000.00<br>$0.00 | $0.00 | $0.00 |
| 25U | Norman Kiken<br>1520 Diamond Mountain Rd.<br>Callistoga, CA 94515<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/07/08 | | $71,720.83<br>$71,720.83 | $0.00 | $71,720.83 |
| 26 | Reverie Winery<br>1520 Diamond Mountain Road<br>Calistoga, CA 94515<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/07/08 | | $95,676.83<br>$95,676.83 | $0.00 | $95,676.83 |
| 27 | Lee Bros. Industrial Catering #1<br>Yen Le<br>660 E Gish Rd.<br>San Jose, CA 95112<br><7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | Unsecured<br>04/11/08 | | $1,534.99<br>$1,534.99 | $0.00 | $1,534.99 |
| 28 | State Board of Equalization<br>Special Procedures Section, MIC:55<br>PO Box 942879<br>Sacramento, CA 94279-0055<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>05/02/08 | | $17,717.39<br>$17,717.39 | $0.00 | $17,717.39 |

# Claims Register

**Case: 07-31556    RL DRAGONFLY CORP. DBA BUTTERFLY BI**

Claims Bar Date:    04/08/08

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 29P | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>05/12/08 | | $2,322.74<br>$2,322.74 | $0.00 | $2,322.74 |
| 29U | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/12/08 | | $325.25<br>$325.25 | $0.00 | $325.25 |
| 101 | Norman Kiken<br>1520 Diamond Mountain Road<br><br>Calistoga, CA 94515<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>11/30/07 | Allowed secured claim pursuant to ORder dated 4/15/08 on settlement re preference and lien avoidance | $5,000.00<br>$5,000.00 | $5,000.00 | $0.00 |
| | | | **Case Total:** | | **$6,698.09** | **$1,563,482.97** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-31556
Case Name: RL DRAGONFLY CORP. DBA BUTTERFLY BI
Trustee Name: Janina M. Elder

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Janina M. Elder | $ 3,431.38 | $ |
| *Attorney for trustee* | FALLON, ESQ, MICHAEL C. | $ 7,385.00 | $ 63.93 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | BACHEKI, CROM & CO., CPA'S | $ 11,840.50 | $ 282.44 |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,040.13 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 28 | State Board of Equalization | $ 17,717.39 | $ 0.00 |
| 29P | Employment Development Department | $ 2,322.74 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,518,904.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Southern Wine and Spirits of Northern California | $ 3,248.21 | $ 0.00 |
| 2 | Greenleaf | $ 9,434.76 | $ 0.00 |
| 3 | Matagrano Inc. | $ 510.97 | $ 0.00 |
| 4 | Del Monte Meat Co. Inc. | $ 11,014.99 | $ 0.00 |
| 5 | Economy Restaurant Fixtures | $ 3,171.51 | $ 0.00 |
| 6 | Maita Distributors, Inc. | $ 370.24 | $ 0.00 |
| 7 | May Wah | $ 1,165.30 | $ 0.00 |
| 8 | Hudson Beverage Redwood | $ 105.60 | $ 0.00 |
| 9 | Muzak | $ 92.67 | $ 0.00 |
| 10 | Tanforan Park Shopping Center LLC | $ 580,101.75 | $ 0.00 |
| 11 | RGN Corporation | $ 51,204.00 | $ 0.00 |
| 12 | Ecolab Pest Elimination | $ 1,590.00 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 13 | Robert Lam | $ 25,000.00 | $ 0.00 |
| 14 | Lam Restaurant Management Co. | $ 56,250.00 | $ 0.00 |
| 15 | Donaldo Vazquez | $ 10,120.66 | $ 0.00 |
| 16 | ITAL Foods | $ 3,382.25 | $ 0.00 |
| 17 | Alameda Newspaper Group | $ 1,506.96 | $ 0.00 |
| 18 | Pacific Gas and Electric Company | $ 1,773.65 | $ 0.00 |
| 19 | Tanforan Park Shopping Center LLC | $ 580,101.75 | $ 0.00 |
| 20 | ECOLAB | $ 4,437.29 | $ 0.00 |
| 21 | ADT Security Services | $ 79.34 | $ 0.00 |
| 22 | ADT Security Services | $ 3,313.80 | $ 0.00 |
| 23 | Fire Sentry Protection Services | $ 2,686.99 | $ 0.00 |
| 24 | Pan-O-Rama Bakery | $ 519.00 | $ 0.00 |
| 25U | Norman Kiken | $ 71,720.83 | $ 0.00 |
| 26 | Reverie Winery | $ 95,676.83 | $ 0.00 |
| 29U | Employment Development Department | $ 325.25 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,534.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27 | Lee Bros. Industrial Catering #1 | $ 1,534.99 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

**UST Form 101-7-TFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**